

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of S.G. and D.D.-G.P., Children

Appellate case number:    01-18-00728-CV

Trial court case number:  2016-02466J

Trial court:           314th District Court of Harris County

The motion for rehearing filed by Appellant E.G. is **denied**.

Justice's signature:  <u>/s/ Gordon Goodman</u>
                             Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss

Date:  <u>March 21, 2019</u>